UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:12-cv-35 |
| v. | ) | *Mattice/Lee* |
| | ) | DEATH PENALTY CASE |
| DEBRA JOHNSON, *Warden,* | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO SUBSTITUTE ADDENDUM**

Comes now Petitioner, Christa Gail Pike, and moves the Court to allow the substitution of the Addendum filed by the Respondent and kept in the United States District Court Clerk's office (R. 14) with the Addendum provided by the Petitioner.

In support of this motion Petitioner would show that:

1. The Addendum provided by the Respondent and kept in the Clerk's office does not include the document footers that are assigned by the CM-ECF document filing system.

2. In order to assist the Court in the identification of citation to the Addendum, the Petitioner provided a second set of Addendum documents to the Clerk's office that did include the document footers assigned by CM-ECF.

3. On November 7, 2012, counsel for the Respondent and the Petitioner reviewed the Addendum provided by the Petitioner to the Court and determined that substitution would be appropriate.

4. Recordings from criminal court (R.15) and compact disks (R.19) are not to be substituted.

5. Counsel for Respondent has reviewed this Motion and joins Petitioner in asking the Court for the substitution.

WHEREFORE, Petitioner and Respondent respectfully request this Court to substitute the Addendum filed by the Respondent and kept in the United States District Court Clerk's office (R. 14) with the Addendum provided by the Petitioner.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Stephen A. Ferrell

Stephen A. Ferrell
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2012, notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Stephen A. Ferrell
Stephen A. Ferrell