UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No.: 1:12-cv-35 |
| | ) | *Mattice/Lee* |
| | ) | |
| DEBRA JOHNSON, Warden, | ) | |
| | | |
| *Respondent*. | | |

**<u>O R D E R</u>**

This capital habeas corpus case under 28 U.S.C. § 2254 was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A), *inter alia*, for disposition of all non-dispositive motions. The parties have filed a joint motion to substitute the Addendum of the state court record submitted by the petitioner for the Addendum of the state court record filed by the respondent and kept in the Office of the United States District Court Clerk [Doc. 14]. The reason for the motion to substitute is that the addendum filed by the respondent does not include the document footers that are assigned by the court's CM-ECF filing system and the subsequent addendum filed by the petitioner does include said document footers. The motion [Doc. 20] is **GRANTED**. The Clerk is **DIRECTED** to substitute the Addendum of the state court record submitted by the petitioner for the Addendum of the state court record filed by the respondent and may destroy the Addendum of the state court record filed by the

respondent. The recordings from the criminal court [Doc. 15] and compact disks [Doc. 18] shall not be substituted.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE