**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:12-cv-35** |
| **v.** | ) | **Mattice/Lee** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

**RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

---

Respondent respectfully requests that this Court grant summary judgment in her favor, pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, the respondent refers this Court to his contemporaneously filed memorandum of law and states that the respondent is entitled to judgment as a matter of law because the petitioner's claims are without merit, and in the instance more particularly described in the supporting memorandum, procedurally defaulted. Thus, the respondent is entitled to judgment as a matter of law.

Wherefore, the respondent, requests that this Court grant summary judgment in her favor.

Respectfully submitted,

ROBERT E. COOPER, JR.
Tennessee Attorney General

s/ Andrew Hamilton Smith
ANDREW HAMILTON SMITH

Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-4349
Fax: (615) 532-7791
Tenn. B.P.R. No. 26594

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, a copy of the foregoing was filed via the court's electronic filing system, which will forward a copy to petitioner's counsel: Ms. Steven Ferrell, Assistant Federal Community Defender, Federal Defender's Office, 800 Gay Street, Suite 2400, Knoxville, Tennessee 37929.

s/ Andrew Hamilton Smith
ANDREW HAMILTON SMITH
Assistant Attorney General