**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | Case No. 1:12-cv-35 |
| | ) | Judge Mattice/Lee |
| **VICKIE FREEMAN**, Warden, | ) | DEATH PENALTY CASE |
| | ) | |
| Respondent. | ) | |

---

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Petitioner, Christa Pike, submits this motion for partial summary judgment. In support of this motion, she states the following:

1. On March 28, 2012, this Court entered a scheduling order directing the parties to file dispositive motions. R.6, Order.

2. This same order provides that responsive pleadings are due 90 days thereafter. *Id*.

3. In an effort to make the proceedings more manageable, Petitioner Pike submits this motion as a short, simple statement of the relief she requests. The factual and legal bases for this motion are set forth in the accompanying supporting memorandum.

4. Petitioner Pike moves for summary judgment pursuant to Fed. R. Civ. P. 56(c) on the claims contained in the Memorandum in Support of Petitioner's Motion for Partial Summary Judgment.

5. It is anticipated that Respondent will also move for Summary Judgment. Respondent's motion may reveal a dispute on material factual issues. If those factual issues were

not properly resolved during state court proceedings, or if the facts relied upon by Respondent are not fairly supported by the state court record, Petitioner will file a Memorandum in Opposition to Respondent's Motion and will also move for an evidentiary hearing.

6. In its contemporaneously filed dispositive motion, Respondent may also assert procedural defenses to Petitioner Pike's claims. Should Respondent do so, Petitioner reserves the right to move for an evidentiary hearing on whether she can establish cause and prejudice for failure to fully exhaust her claims, consistent with this Court's scheduling order.

WHEREFORE, Petitioner Pike respectfully moves for the relief requested in her Memorandum in Support of Petitioner's Motion for Partial Summary Judgment.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Stephen A. Ferrell
Stephen A. Ferrell
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Stephen A. Ferrell
Stephen A. Ferrell