**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA PIKE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | Case No. 1:12-cv-35 |
| | ) | Judge Mattice/Lee |
| **VICKIE FREEMAN**, Warden, | ) | DEATH PENALTY CASE |
| | ) | |
| Respondent. | ) | |

---

**MOTION FOR ORAL ARGUMENT ON PETITIONER'S PENDING MOTIONS**

---

NOW COMES Petitioner, and pursuant to Fed. R. Civ. P. 56(c), respectfully requests this Court schedule oral argument on Petitioner's pending motions (R.45, Motion; R.46, Memorandum in Support of Motion; and R.51, Petitioner's Motion for Evidentiary Hearing).

Because the legal arguments and facts in support of Petitioner's motions are complex in this capital habeas case, Petitioner requests the opportunity to present oral argument to the Court and thereby, have the opportunity to answer any questions the Court may have.

WHEREFORE, Petitioner Pike respectfully requests this Court enter an order scheduling oral argument regarding Petitioner's pending motions.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Stephen A. Ferrell
Stephen A. Ferrell
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Stephen A. Ferrell
Stephen A. Ferrell