**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **CHRISTA GAIL PIKE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 1:12-cv-35** |
| **v.** | ) | **Mattice/Lee** |
| | ) | **DEATH PENALTY CASE** |
| **DEBRA JOHNSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**RESPONDENT'S REPLY IN SUPPORT OF SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO MOTION FOR ORAL ARGUMENT**

The Court's briefing schedule allowed for the parties to file any desired reply in support of their respective summary judgments within 20 days of the filing of the responses in opposition of the same. (D.E. No. 6.) The respondent having previously submitted a memorandum in support of his summary judgment motion (D.E. No. 43), and a response in opposition to the petitioner's summary judgment motion (D.E. No. 50), together totaling 100 pages of briefing, hereby rests of these arguments in support of his motion for summary judgment. (D.E. No. 42.)

The respondent, opposes, however, the petitioner's motion for oral argument as to these motions (D.E. No. 52), as unnecessary given that the parties' positions have been presented through multiple rounds of briefing, and inefficient given the large number of issues raised in the petition.

WHEREFORE, the respondent requests that this Court grant him summary judgment and that opposes the petitioner's request for oral argument as to the parties summary judgment motions.

Respectfully submitted,

**ROBERT E. COOPER, JR.**,
Tennessee Attorney General & Reporter

/s/ Andrew H. Smith__________
ANDREW H. SMITH
Senior Counsel
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Stephen A. Ferrell
Federal Defender Services of Eastern Tennessee
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714

/s/ Andrew H. Smith_________
ANDREW H. SMITH
Senior Counsel