Rev 7/11

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

Christa Gail Pike

Plaintiff(s)

V.

Vicki Freeman

Defendant(s)

Case No.: 1:12-cv-0035 HSM-SKL

Judge: Harry S. Mattice, Jr.

Date of Trial (Day One): 5/26/15 to 5/27/15

Location: ☑ Nashville ◯ Columbia ◯ Cookeville

Court Reporter: Peggy Turner (615) 397-8181

Court Interpreter: N/A

## CIVIL JURY MINUTES
(Day One Only)

Plaintiff's Attorney(s): Stephen A. Ferrell, Susanne Bales

Defense Attorney(s): Jennifer L. Smith, Shannon Poindexter

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 6. | |
| 2. | | 7. | |
| 3. | | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

COMMENTS:

Evidentiary Hearing held 5/26/15 through 5/27/15. The court granted motion 78 in open court. Simultaneous briefs due 7/31/15, Responsive briefs, if any, due 8/14/15.

Total Time in Court: 4 hours, 45 minutes

KEITH THROCKMORTON, Clerk

by: Ann Frantz