UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE, | ) | |
| *Petitioner,* | ) | |
| | ) | No: 1:12-cv-35 |
| v. | ) | |
| | ) | Judge Mattice |
| VICKI FREEMAN, Warden, | ) | |
| *Respondent.* | ) | |

**JUDGMENT ORDER**

For the reasons stated in the memorandum opinion accompanying this Order, Petitioner's motion for partial summary judgment (Doc. 45) is hereby **DENIED**, and Respondent's motion for summary judgment is **GRANTED**. Petitioner's petition for a writ of habeas corpus (Doc. 19) is hereby **DENIED**, and this case is **DISMISSED**. Additionally, for the reasons given in the memorandum opinion, any timely appeal taken from this action will be treated as an application for a Certificate of Appealability, which is hereby **DENIED**.

**SO ORDERED** this 11th day of March, 2016.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**
**/s/ Debra C. Poplin**
**CLERK OF COURT**