UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTA GAIL PIKE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:12-cv-35 |
| v. | ) | Judge Mattice |
| | ) | |
| CAROLYN JORDAN, Warden, | ) | DEATH PENALTY CASE |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEAL FROM A JUDGMENT OF THE EASTERN DISTRICT OF TENNESSEE TO THE SIXTH CIRCUIT COURT OF APPEALS**

Notice is hereby given that Christa Gail Pike, Petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the memorandum order (R.96) entered on May 19, 2016, denying her motion to alter or amend judgment (R.95), as well as the memorandum opinion and order (R.93, R.94) entered on March 11, 2016, denying Petitioner's habeas petition and dismissing this action.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Stephen A. Ferrell
Stephen A. Ferrell
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

*Attorney for Petitioner Christa Pike*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, the foregoing NOTICE OF APPEAL, was filed electronically. Service was made upon Filing Users through the Electronic Filing System. Service was accomplished via regular U.S. Mail on any participating party or counsel who was not served through the Electronic Filing System.

/s/Stephen A. Ferrell
Stephen A. Ferrell